**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**THE BULLARD BUILDING
CONDOMINIUM ASSOCIATION, INC.,**

    **Plaintiff,**

v.                                                 Case No.  8:08-cv-50-T-30MAP

**TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Stay or, in the alternative, Unopposed Motion for Enlargement of Discovery, Disclosure and Dispositive Motion Deadlines (Dkt. 26).

Upon consideration, it is ORDERED AND ADJUDGED that:

1. Defendant's Motion for Stay (Dkt. 26) is **GRANTED**.

2. This action is **STAYED** pending resolution of Plaintiff's motion to reopen its breach of contract action.  The Court will reset the Case Management deadlines in this case upon resolution of the motion to reopen.

3. The Court will **DEFER RULING** on Defendant's Amended Motion to Dismiss (Dkt. 11) pending resolution of the motion to reopen.

4. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case pending resolution of the motion to reopen.  The parties are directed to notify the Court

once Judge Whittemore has ruled on the motion. The Court will reopen this case upon motion and good cause shown.

**DONE** and **ORDERED** in Tampa, Florida on July 31, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-50.mt stay.frm